**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DIANE B. TOOLE, as Personal
Representative of the Estate of
Michael Edward Toole,

      Plaintiff,

v.                                              Case No.8:06-mc-108-T-26TBM

JUAN ANTONIO IBANEZ, M.D.,
et al.,

      Defendant.
_____/

**O R D E R**

      Before the Court is Plaintiff's motion to enforce subpoena and for sanctions.  According to Plaintiff's submissions, she served the nonparty, United Prescription Services, Inc., with an amended subpoena duces tecum by serving its registered agent, CT Corporation System, by certified mail.  In the Court's view, such service does not comport with the requirements of Rule 45(b)(1), Federal Rules of Civil Procedure.  See Parker v. Doe, 2002 WL 32107937 82 (E.D. Penn. 2002) (observing that "[a] majority of courts have held that Rule 45 requires personal service of subpoenas.") (citations omitted).  Moreover, as noted by another court, the rule of the Eleventh Circuit "suggests that personal service on

the witness being subpoenaed is required." Klockner Namasco Holdings Corp. v. Daily Access.Com, Inc., 211 F.R.D. 685, 687 (N.D. Ga. 2002) (citing in part Harrison v. Prather, 404 F.2d 267, 273 (5th Cir. 1968)).[1]

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1) The Motion to Enforce Subpoena and for Sanctions (Dkt. 1) is denied.

2) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on November 20, 2006.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record

---

[1] In Bonner v. City of Pritchard, 661 F. 2d 1206, 1207 (11th Cir. 1981) (en banc), the Eleventh Circuit Court of Appeals adopted as binding precedent all decisions of the former Fifth Circuit Court of Appeals announced prior to the close of business on September 30, 1981.